21-CV-1894

KUNTZ, J.
BULSARA, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK





| | |
|---|---|
| JAKUB MADEJ,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY FINANCIAL,<br><br>    Defendant. | Civil Action No. 21-cv-____<br><br>JURY TRIAL DEMANDED<br><br>MARCH 28, 2021<br><br>47 U.S.C. § 227 (TCPA) |

## COMPLAINT FOR VIOLATIONS OF TCPA, 47 U.S.C. § 227

Plaintiff Jakub Madej ("Mr. Madej") alleges:

### NATURE OF THIS ACTION

1.    Synchrony, perhaps the most prolific robocaller in the nation, places over 2.5 million robocalls *a day*. In this case, Synchrony made 572 automatic "robocalls" to Plaintiff's primary phone number from at least three phone numbers on 84 different days between November 17, 2020 and March 24, 2021 to sell its financial services, collect an unspecified and alleged debt, and obtain data via "validator calls" for sale. These calls harassed Plaintiff, invaded his privacy and caused Plaintiff to change his phone number. Plaintiff has never consented to these calls. Synchrony never asked for his consent either and never intended to obtain permission to call. To curb Synchrony's never-ending and deliberate violations of TCPA, Mr. Madej now seeks an order finding Synchrony liable under TCPA, enjoining Synchrony from further violations of TCPA, and awarding him compensatory and punitive damages for past deliberate violations.

### PARTIES

2.      Plaintiff Jakub Madej is a natural person.

3.      Synchrony Financial is an S&P 500 consumer financial company head-quartered in Stamford, Connecticut. Synchrony is listed on New York Stock Exchange (NYSE) and maintains an active presence in the State of New York.

## JURISDICTION AND VENUE

4.      This court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and 47 U.S.C. § 227(b)(3) (TCPA).

5.      This court has personal jurisdiction over Synchrony because Synchrony regularly transacts business in the Eastern District and a material portion of the events at issue occurred there.

6.      Venue is proper in Eastern District of New York under 28 U.S.C. § 1391(b) because Synchrony regularly transacts business in this District and the phone calls were received in this District.

## STATUTORY FRAMEWORK AND SOURING REALITY

7.      Congress passed the Telephone Consumer Protection Act (TCPA) in 1991 to protect consumers from unwanted telephone calls, text messages, and faxes. 47 U.S.C. § 227, Pub.L. No. 102–243, 105 Stat. 2394 (Dec. 20, 1991).

8.      As relevant here, TCPA outlaws two practices: (i) using an automatic tele-phone dialing system or an artificial or prerecorded voice message without the prior ex-press consent of the called party, 47 U.S.C. § 227(b)(1)(A), and (ii) using artificial or pre-recorded voice messages to call residential telephone lines without prior express con-sent. § 227(b)(1)(B).

9.      As TCPA generated a flurry of class action suits, businesses have treated litigation as ordinary course of business. According to the YouMail National Robocall Index (YNRI), Americans received 4.6 *billion* robocalls in February 2021. That's 1,900

Plain
29710
1118-6

calls every *second*, and 14.1 calls per every individual in the country. *See* https://robocal-lindex.com/ (last visit Mar. 27, 2021).

10.    Americans' outrage at these flagrant violations of law is perhaps best reflected in the titles of various bills introduced in Congress, some of which appear below.

| Name of the Bill | Session of Congress | Became Law? |
|---|---|---|
| Spam Calls Task Force Act of 2019 | 116th Congress | No |
| Ending One-Ring Scams Act of 2019 | 116th Congress | No |
| Tracing Back and Catching Unlawful Robocallers Act of 2019 | 116th Congress | No |
| Locking Up Robocallers Act of 2019 | 116th Congress | No |
| Telephone Robocall Abuse Criminal Enforcement and Deterrence Act (Palone-Thune TRACED Act) | 116th Congress | Yes |

## FACTUAL BACKGROUND

### Synchrony's Robocalls Violated TCPA

11.    Mr. Madej has used (203) 928-8486 as his primary phone number since August 2016 until March 2021. Mr. Madej is the only subscriber of this number.

12.    Between November 17, 2020 and March 24, 2021, Synchrony Financial made at least 572 calls to (203) 928-8486, Plaintiff's primary telephone number. Synchrony called Mr. Madej from several numbers, including (770) 283-1530, (844) 425-0296, and (496) 758-3868. The table below demonstrates specific periods when Synchrony made these illegal calls to Mr. Madej.

| Time Frame | Originating Number | Number of Calls |
|---|---|---|
| December 16, 2020 – March 24, 2021 | (770) 283-1530 | 342 |
| November 17, 2020 – March 23, 2021 | (844) 435-0296 | 175 |
| December 1, 2020 – December 15, 2020 | (469) 758-3868 | 53 |

13.     Specific times when Synchrony made each call are included in Table A, which is attached to this complaint. The list above will be amended to include every call Synchrony placed after this complaint has been filed but before trial.

14.     Synchrony uses more than 100 different phone numbers in the ordinary course of business to make such "robocalls". Oftentimes, Synchrony uses most or all these numbers at the same time to make thousands of phone calls simultaneously to thousands of consumers without any human intervention. Synchrony also so many different numbers also to avoid detection and disguise the scale of its operations.

15.     To make these calls, Synchrony used automatic telephone dialing system which containing prerecorded voice and which operated without human intervention.

16.     Mr. Madej did not consent, whether directly or indirectly, to these calls. In particular, he did not consent to them in writing at any time.

17.     Synchrony's phone did not have any meaningful informational purpose. Rather, Synchrony made them solely for commercial purposes to profit Synchrony. In particular, these calls were intended to:

    a.  To collect an unspecified alleged debt, which Synchrony has not validated;

    b.  To market its financial products and "solutions";

Plain

29710

118-8

c. To collect information, such as whether Plaintiff answered the call and when, to later sell it to third-party data analytics businesses.

18. Several of Synchrony's calls contained prerecorded messages that did not specify the intended recipient but were intentionally anonymized; the voice encouraged the customer to "immediately contact Synchrony" by calling Synchrony at a number given in the call but did not name Plaintiff. Rather, the call began with words: "this is an important message." Synchrony never uses its name during these calls to disguise the true identity of the caller.

19. Other calls Synchrony made ended 2 to 3 seconds after Plaintiff answered them. Synchrony makes them for analytics purposes – solely to verify if the number is still active, and whether that number should be contacted again.

20. To make these calls, Synchrony used a computerized system that had the capacity to, and in fact did, place autodialed calls. Synchrony never intended to connect Mr. Madej with a human agent.

21. Synchrony's calls did not stop when Plaintiff contacted Synchrony and requested that it ceased communication. Instead, Synchrony continued unabated to harass Mr. Madej.

22. Synchrony called Plaintiff at an annoying and harassing rate.

23. Synchrony's conduct caused actual damage to Plaintiff by:

a. invading his privacy with repeated automatic calls from several numbers at various times of the day;

b. incurring charges;

c. reducing Plaintiff's cellular telephone time;

d. blocking Plaintiff's voicemail by having to manually retrieve and delete the messages left by Synchrony.

Plain
29710
118-9

## Synchrony Deliberately and Knowingly Violated TCPA

24. Synchrony knew that its calls to Plaintiff violated TCPA but nonetheless chose to make them.

25. Synchrony's strategy of harassing individuals and customers with repeated robocalls is a deliberate and calculated business strategy. Plaintiff was not an exception. Synchrony regularly places between 3-5 calls a day at previously specified intervals to various individuals, often from different phone numbers to conceal the caller's true identity and to prevent customers from blocking its calls.

26. Synchrony did not maintain a Do Not Call policy, as mandated by 47 C.F.R. § 64.1200 (d)(1).

27. Because Synchrony willfully and knowingly violated TCPA, Mr. Madej is entitled to compensatory damages and treble damages for each violation of TCPA. Accordingly, the Court should find Synchrony liable and impose full sanctions under the law.

## CLAIM FOR RELIEF

### Counts 1-572
### Violations of 47 U.S.C. § 227(b)

28. Between December 16, 2020 and March 24, 2021, Synchrony Financial operated an automatic telephone dialing system capable of storing random and sequential numbers and programmed to place more than 2,500,000 automatic calls a day, and made at least 572 separate calls at times, which are listed in <u>Table A</u>, from numbers (770) 283-1530, (844) 435-0296 and (469) 758-3868 to Plaintiff's primary phone number, using said system, which operated without human intervention, in violation of Title 47, United States Code, Section 227 (TCPA).

Plain

29710

118-10

29.     Between December 16, 2020 and March 24, 2021, Synchrony Financial willfully and knowingly made 572 separate calls to Plaintiff even though it knew that doing so would violate TCPA because, among other reasons, Plaintiff did not consent to Synchrony's robocalls, Synchrony never obtained Plaintiff's written consent to these calls, Synchrony never intended to obtain Plaintiff's consent to these calls, Synchrony did not maintain TCPA policies, and Synchrony did not train its employees to observe such policies, all in violation of Title 47, United States Code, Section 227 (TCPA).

| Time Frame | Originating Number | Counts |
|---|---|---|
| December 16, 2020 – March 24, 2021 | (770) 283-1530 | 1-342 |
| November 17, 2020 – March 23, 2021 | (844) 435-0296 | 343-518 |
| December 1-15, 2020 | (469) 758-3868 | 519-572 |

## PRAYER FOR RELIEF

Mr. Madej demands that the Court enter judgment in his favor and against the Dialers, and grant the following relief:

A.     Find Dialers liable for violating TCPA, 47 U.S.C. § 227(b), as set forth above;

B.     Award statutory damages of $500 for each violation, for a total of $286,000;

C.     Find that Dialers willfully or knowingly violated TCPA, for reasons specified above;

D.     Award punitive damages of $1,500 for each violation, for a total of $858,000;

E.     Award Mr. Madej actual damages, in an amount to be proven at trial, for harassment and actual harm that resulted from Dialers' violations;

F.     Enjoin Synchrony from committing further violations of TCPA;

G.   Grant attorney's fees and reasonable costs and expenses incurred in this lit-

igation;

H.   Grant any other relief the Court deems just and proper.

## <u>JURY DEMAND</u>

Plaintiff demands a trial by jury.


Respectfully submitted,


DATED:   March 28, 2021.          By: <u>/s/ Jakub Madej</u>
                                      Jakub J. Madej
                                      415 Boston Post Rd, Ste 3-1102
                                      Milford, CT 06460
                                      T: (203) 928-8486
                                      F: (203) 902-0070
                                      E: j.madej@lawsheet.com

## TABLE A

### Calls from (770) 283-1530

|  | December 16, 2020 | 08:06 am |
|---|---|---|
|  | December 16, 2020 | 11:45 am |
|  | December 16, 2020 | 05:07 pm |
|  | December 16, 2020 | 07:05 pm |
|  | December 17, 2020 | 08:33 am |
|  | December 17, 2020 | 12:17 pm |
|  | December 17, 2020 | 02:36 pm |
|  | December 17, 2020 | 05:45 pm |
|  | December 18, 2020 | 08:47 am |
|  | December 18, 2020 | 01:58 pm |
|  | December 18, 2020 | 06:14 pm |
|  | December 18, 2020 | 08:06 pm |
|  | December 19, 2020 | 09:20 am |
|  | December 19, 2020 | 12:52 pm |
|  | December 19, 2020 | 02:57 pm |
|  | December 19, 2020 | 04:26 pm |
|  | December 20, 2020 | 08:12 am |
|  | December 20, 2020 | 09:52 am |
|  | December 20, 2020 | 11:13 am |
|  | December 20, 2020 | 01:05 pm |

| | | |
|---|---|---|
| | December 21, 2020 | 08:13 am |
| | December 21, 2020 | 01:45 pm |
| | December 21, 2020 | 04:05 pm |
| | December 21, 2020 | 05:19 pm |
| | December 22, 2020 | 08:04 am |
| | December 22, 2020 | 01:34 pm |
| | December 22, 2020 | 02:43 pm |
| | December 22, 2020 | 04:56 pm |
| | December 23, 2020 | 08:03 am |
| | December 23, 2020 | 03:43 pm |
| | December 23, 2020 | 04:51 pm |
| | December 24, 2020 | 08:13 am |
| | December 24, 2020 | 09:18 am |
| | December 24, 2020 | 10:31 am |
| | December 26, 2020 | 09:14 am |
| | December 26, 2020 | 12:35 pm |
| | December 26, 2020 | 02:18 pm |
| | December 26, 2020 | 03:22 pm |
| | December 27, 2020 | 08:45 am |
| | December 27, 2020 | 10:27 am |
| | December 27, 2020 | 03:53 pm |
| | December 27, 2020 | 05:55 pm |

|  | December 28, 2020 | 08:34 am |
|---|---|---|
|  | December 28, 2020 | 01:32 pm |
|  | December 28, 2020 | 04:23 pm |
|  | December 28, 2020 | 05:59 pm |
|  | December 29, 2020 | 08:36 am |
|  | December 29, 2020 | 02:35 pm |
|  | December 29, 2020 | 04:30 pm |
|  | December 29, 2020 | 05:39 pm |
|  | December 30, 2020 | 08:06 am |
|  | December 30, 2020 | 10:54 am |
|  | December 30, 2020 | 12:50 pm |
|  | December 30, 2020 | 06:13 pm |
|  | January 2, 2021 | 08:45 am |
|  | January 2, 2021 | 10:45 am |
|  | January 2, 2021 | 01:44 pm |
|  | January 2, 2021 | 03:55 pm |
|  | January 3, 2021 | 09:17 am |
|  | January 3, 2021 | 11:00 am |
|  | January 3, 2021 | 04:19 pm |
|  | January 3, 2021 | 06:08 pm |
|  | January 4, 2021 | 08:17 pm |
|  | January 5, 2021 | 08:04 am |

| | January 5, 2021 | 03:49 pm |
|---|---|---|
| | January 5, 2021 | 06:43 pm |
| | January 5, 2021 | 08:33 pm |
| | January 6, 2021 | 09:04 am |
| | January 6, 2021 | 01:31 pm |
| | January 6, 2021 | 03:31 pm |
| | January 6, 2021 | 04:32 pm |
| | January 7, 2021 | 08:39 am |
| | January 7, 2021 | 10:45 am |
| | January 7, 2021 | 01:12 pm |
| | January 7, 2021 | 02:36 pm |
| | January 8, 2021 | 08:22 am |
| | January 8, 2021 | 09:27 am |
| | January 8, 2021 | 11:48 am |
| | January 8, 2021 | 03:27 pm |
| | January 9, 2021 | 09:17 am |
| | January 9, 2021 | 10:42 am |
| | January 9, 2021 | 12:55 pm |
| | January 9, 2021 | 02:16 pm |
| | January 10, 2021 | 08:23 am |
| | January 10, 2021 | 09:30 am |
| | January 10, 2021 | 10:38 am |

| | January 10, 2021 | 11:52 am |
|---|---|---|
| | January 11, 2021 | 09:02 am |
| | January 11, 2021 | 10:25 am |
| | January 11, 2021 | 12:22 pm |
| | January 11, 2021 | 02:20 pm |
| | January 12, 2021 | 08:38 am |
| | January 12, 2021 | 10:20 am |
| | January 12, 2021 | 04:06 pm |
| | January 12, 2021 | 05:15 pm |
| | January 13, 2021 | 08:33 am |
| | January 13, 2021 | 09:46 am |
| | January 13, 2021 | 11:19 am |
| | January 13, 2021 | 04:04 pm |
| | January 14, 2021 | 08:08 am |
| | January 14, 2021 | 10:07 am |
| | January 14, 2021 | 11:22 am |
| | January 14, 2021 | 04:56 pm |
| | January 15, 2021 | 08:03 am |
| | January 15, 2021 | 10:34 am |
| | January 15, 2021 | 11:40 am |
| | January 15, 2021 | 01:58 pm |
| | January 16, 2021 | 08:03 am |

| | January 16, 2021 | 09:16 am |
|---|---|---|
| | January 16, 2021 | 10:35 am |
| | January 16, 2021 | 01:18 pm |
| | January 17, 2021 | 08:23 am |
| | January 17, 2021 | 10:20 am |
| | January 17, 2021 | 11:25 am |
| | January 17, 2021 | 02:16 pm |
| | January 18, 2021 | 08:49 am |
| | January 18, 2021 | 10:40 am |
| | January 18, 2021 | 02:49 pm |
| | January 18, 2021 | 07:27 pm |
| | January 19, 2021 | 08:04 am |
| | January 19, 2021 | 10:05 am |
| | January 19, 2021 | 03:33 pm |
| | January 19, 2021 | 06:23 pm |
| | January 20, 2021 | 08:02 am |
| | January 20, 2021 | 09:37 am |
| | January 20, 2021 | 01:12 pm |
| | January 20, 2021 | 04:12 pm |
| | January 21, 2021 | 08:01 am |
| | January 21, 2021 | 10:58 am |
| | January 21, 2021 | 06:03 pm |

| | | |
|---|---|---|
| | January 21, 2021 | 07:04 pm |
| | January 22, 2021 | 08:27 am |
| | January 22, 2021 | 10:55 am |
| | January 22, 2021 | 12:39 pm |
| | January 22, 2021 | 01:45 pm |
| | January 23, 2021 | 08:06 am |
| | January 23, 2021 | 09:14 am |
| | January 23, 2021 | 10:20 am |
| | January 23, 2021 | 12:39 pm |
| | January 24, 2021 | 08:35 am |
| | January 24, 2021 | 10:08 am |
| | January 24, 2021 | 11:13 am |
| | January 24, 2021 | 12:31 pm |
| | January 25, 2021 | 08:18 am |
| | January 25, 2021 | 12:22 pm |
| | January 25, 2021 | 06:48 pm |
| | January 25, 2021 | 08:17 pm |
| | January 26, 2021 | 08:01 am |
| | January 26, 2021 | 10:40 am |
| | January 26, 2021 | 12:14 pm |
| | January 26, 2021 | 04:24 pm |
| | January 27, 2021 | 08:05 am |

| | | |
|---|---|---|
| | January 27, 2021 | 09:25 am |
| | January 27, 2021 | 12:56 pm |
| | January 27, 2021 | 04:18 pm |
| | January 28, 2021 | 10:22 am |
| | January 28, 2021 | 12:34 pm |
| | January 28, 2021 | 01:36 pm |
| | January 29, 2021 | 08:02 am |
| | January 29, 2021 | 09:27 am |
| | January 29, 2021 | 10:39 am |
| | January 29, 2021 | 01:39 pm |
| | February 1, 2021 | 08:02 am |
| | February 1, 2021 | 09:35 am |
| | February 1, 2021 | 11:29 am |
| | February 1, 2021 | 07:03 pm |
| | February 2, 2021 | 08:02 am |
| | February 2, 2021 | 09:08 am |
| | February 2, 2021 | 11:39 am |
| | February 2, 2021 | 06:13 pm |
| | February 3, 2021 | 08:04 am |
| | February 3, 2021 | 09:07 am |
| | February 3, 2021 | 10:23 am |
| | February 3, 2021 | 01:56 pm |

| | February 4, 2021 | 08:01 am |
|---|---|---|
| | February 4, 2021 | 11:08 am |
| | February 4, 2021 | 12:18 pm |
| | February 4, 2021 | 02:14 pm |
| | February 5, 2021 | 08:01 am |
| | February 5, 2021 | 09:17 am |
| | February 5, 2021 | 11:24 am |
| | February 5, 2021 | 05:51 pm |
| | February 6, 2021 | 08:39 am |
| | February 6, 2021 | 10:52 am |
| | February 6, 2021 | 12:00 pm |
| | February 6, 2021 | 01:30 pm |
| | February 7, 2021 | 08:46 am |
| | February 7, 2021 | 10:37 am |
| | February 7, 2021 | 12:23 pm |
| | February 7, 2021 | 02:38 pm |
| | February 8, 2021 | 08:01 am |
| | February 8, 2021 | 09:31 am |
| | February 8, 2021 | 10:39 am |
| | February 8, 2021 | 06:13 pm |
| | February 9, 2021 | 08:02 am |
| | February 9, 2021 | 10:06 am |

| | February 9, 2021 | 06:26 pm |
|---|---|---|
| | February 10, 2021 | 08:03 am |
| | February 10, 2021 | 09:09 am |
| | February 10, 2021 | 11:09 am |
| | February 10, 2021 | 03:43 pm |
| | February 11, 2021 | 08:01 am |
| | February 11, 2021 | 09:45 am |
| | February 11, 2021 | 11:48 am |
| | February 11, 2021 | 05:33 pm |
| | February 12, 2021 | 08:01 am |
| | February 12, 2021 | 09:33 am |
| | February 12, 2021 | 05:27 pm |
| | February 13, 2021 | 08:56 am |
| | February 13, 2021 | 10:34 am |
| | February 13, 2021 | 11:58 am |
| | February 13, 2021 | 01:33 pm |
| | February 14, 2021 | 08:16 am |
| | February 14, 2021 | 09:23 am |
| | February 14, 2021 | 10:30 am |
| | February 15, 2021 | 08:02 am |
| | February 15, 2021 | 01:49 pm |
| | February 16, 2021 | 08:01 am |

| | February 16, 2021 | 10:09 am |
|---|---|---|
| | February 16, 2021 | 11:22 am |
| | February 16, 2021 | 03:20 pm |
| | February 17, 2021 | 08:01 am |
| | February 17, 2021 | 09:11 am |
| | February 17, 2021 | 10:47 am |
| | February 17, 2021 | 04:00 pm |
| | February 18, 2021 | 08:03 am |
| | February 18, 2021 | 10:24 am |
| | February 18, 2021 | 06:25 pm |
| | February 18, 2021 | 07:41 pm |
| | February 19, 2021 | 08:05 am |
| | February 19, 2021 | 09:13 am |
| | February 19, 2021 | 12:39 pm |
| | February 19, 2021 | 03:05 pm |
| | February 20, 2021 | 08:14 am |
| | February 20, 2021 | 09:22 am |
| | February 20, 2021 | 10:24 am |
| | February 20, 2021 | 11:36 am |
| | February 21, 2021 | 08:27 am |
| | February 21, 2021 | 09:49 am |
| | February 21, 2021 | 11:02 am |

| | February 21, 2021 | 02:22 pm |
|---|---|---|
| | February 22, 2021 | 10:37 am |
| | February 22, 2021 | 02:37 pm |
| | February 23, 2021 | 08:02 am |
| | February 23, 2021 | 09:21 am |
| | February 23, 2021 | 11:46 am |
| | February 24, 2021 | 09:16 am |
| | February 24, 2021 | 11:49 am |
| | February 25, 2021 | 08:05 am |
| | February 25, 2021 | 11:35 am |
| | February 25, 2021 | 03:39 pm |
| | February 25, 2021 | 05:24 pm |
| | February 26, 2021 | 08:01 am |
| | February 26, 2021 | 09:10 am |
| | February 26, 2021 | 10:13 am |
| | March 1, 2021 | 08:02 am |
| | March 1, 2021 | 03:19 pm |
| | March 2, 2021 | 08:03 am |
| | March 2, 2021 | 02:44 pm |
| | March 2, 2021 | 06:28 pm |
| | March 2, 2021 | 08:04 pm |
| | March 3, 2021 | 08:01 am |

|  | March 3, 2021 | 03:42 pm |
|---|---|---|
|  | March 4, 2021 | 08:01 am |
|  | March 4, 2021 | 01:48 pm |
|  | March 4, 2021 | 03:57 pm |
|  | March 4, 2021 | 05:10 pm |
|  | March 5, 2021 | 08:33 am |
|  | March 5, 2021 | 02:51 pm |
|  | March 5, 2021 | 04:39 pm |
|  | March 5, 2021 | 05:47 pm |
|  | March 6, 2021 | 08:17 am |
|  | March 6, 2021 | 09:27 am |
|  | March 6, 2021 | 10:31 am |
|  | March 6, 2021 | 11:59 am |
|  | March 7, 2021 | 08:12 am |
|  | March 7, 2021 | 09:13 am |
|  | March 7, 2021 | 10:24 am |
|  | March 7, 2021 | 02:58 pm |
|  | March 8, 2021 | 08:01 am |
|  | March 8, 2021 | 09:28 am |
|  | March 8, 2021 | 04:19 pm |
|  | March 8, 2021 | 06:15 pm |
|  | March 9, 2021 | 08:01 am |

| | March 9, 2021 | 10:04 am |
|---|---|---|
| | March 9, 2021 | 11:33 am |
| | March 9, 2021 | 04:06 pm |
| | March 10, 2021 | 08:22 am |
| | March 10, 2021 | 01:31 pm |
| | March 10, 2021 | 03:43 pm |
| | March 10, 2021 | 05:35 pm |
| | March 11, 2021 | 08:01 am |
| | March 11, 2021 | 10:40 am |
| | March 11, 2021 | 11:46 am |
| | March 12, 2021 | 08:24 am |
| | March 12, 2021 | 09:32 am |
| | March 12, 2021 | 01:33 pm |
| | March 12, 2021 | 03:05 pm |
| | March 13, 2021 | 08:15 am |
| | March 13, 2021 | 09:39 am |
| | March 13, 2021 | 10:52 am |
| | March 13, 2021 | 11:55 am |
| | March 14, 2021 | 08:27 am |
| | March 14, 2021 | 09:41 am |
| | March 14, 2021 | 10:57 am |
| | March 14, 2021 | 12:21 pm |

|  | March 15, 2021 | 09:56 am |
|---|---|---|
|  | March 15, 2021 | 11:59 am |
|  | March 15, 2021 | 02:12 pm |
|  | March 15, 2021 | 06:18 pm |
|  | March 16, 2021 | 09:09 am |
|  | March 16, 2021 | 10:20 am |
|  | March 16, 2021 | 05:52 pm |
|  | March 17, 2021 | 08:02 am |
|  | March 17, 2021 | 06:20 pm |
|  | March 18, 2021 | 08:01 am |
|  | March 18, 2021 | 09:18 am |
|  | March 18, 2021 | 01:56 pm |
|  | March 18, 2021 | 05:01 pm |
|  | March 19, 2021 | 08:01 am |
|  | March 19, 2021 | 09:08 am |
|  | March 19, 2021 | 01:34 pm |
|  | March 19, 2021 | 06:45 pm |
|  | March 20, 2021 | 08:25 am |
|  | March 20, 2021 | 09:44 am |
|  | March 20, 2021 | 11:32 am |
|  | March 20, 2021 | 01:00 pm |
|  | March 21, 2021 | 08:10 am |

|  |  | March 21, 2021 | 10:39 am |
|---|---|---|---|
|  |  | March 21, 2021 | 12:01 pm |
|  |  | March 22, 2021 | 08:01 am |
|  |  | March 22, 2021 | 09:22 am |
|  |  | March 22, 2021 | 10:29 am |
|  |  | March 22, 2021 | 04:25 pm |
|  |  | March 23, 2021 | 08:06 am |
|  |  | March 23, 2021 | 09:23 am |
|  |  | March 23, 2021 | 10:42 am |
|  |  | March 23, 2021 | 04:38 pm |
|  |  | March 24, 2021 | 08:03 am |
|  |  | March 24, 2021 | 10:03 am |
|  |  | March 24, 2021 | 11:46 am |
|  |  | March 24, 2021 | 01:52 pm |
|  |  | March 24, 2021 | 10:03 am |
|  |  | March 24, 2021 | 11:46 am |
|  |  | March 24, 2021 | 1:52 pm |

(Rev. 09/19)

# CIVIL COVER SHEET

S 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as ded by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the se of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| ) PLAINTIFFS | DEFENDANTS |
|---|---|
| :UB MADEJ | SYNCHRONY FINANCIAL, INC. |

| ) County of Residence of First Listed Plaintiff **NEW YORK** | County of Residence of First Listed Defendant **NEW YORK** |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

:) Attorneys *(Firm Name, Address, and Telephone Number)*        Attorneys *(If Known)*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 06 2021 ★

BROOKLYN OFFICE

**BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

|  |  |
|---|---|
| ¹.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**NATURE OF SUIT** *(Place an "X" in One Box Only)*        Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 0 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| 0 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| 0 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| 0 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| 0 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| 1 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| 2 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| 3 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☒ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | Exchange |
| | Medical Malpractice | | Leave Act | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

| **VI. CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*<br>47 U.S.C. § 227 |
|---|---|
| | Brief description of cause:<br>Telephone Consumer Protection Act |

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P. | **DEMAND $** | CHECK YES only if demanded in complaint:<br>**JURY DEMAND:** ☒ Yes ☐ No |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*        JUDGE                DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 03/28/2021 | /s/ Jakub Madej |

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as ¦ired by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is ¦ired for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of ¦rt for each civil complaint filed. The attorney filing a case should complete the form as follows:

**)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**·)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |
|---|---|
| JAKUB MADEJ<br><br><br>*Plaintiff(s)*<br>v.<br><br>SYNCHRONY FINANCIAL, INC.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:21-cv-_____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Synchrony Financial d/b/a Synchrony Bank
777 Long Ridge Rd.
Stamford, CT 06902

Synchrony Financial
c/o CT Corporation System Inc.
28 Liberty Street

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: Jakub Madej
447 Broadway, 2nd Floor #447
New York, NY 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/28/2021

_____
*Signature of Clerk or Deputy Clerk*

Plain

29710

118-28

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAKUB MADEJ,<br><br>     Plaintiff,<br><br>v.<br><br>SYNCHRONY FINANCIAL,<br><br>     Defendant. | Civil Action No. 21-cv-____<br><br>JURY TRIAL DEMANDED<br><br>MARCH 28, 2021<br><br>47 U.S.C. § 227 (TCPA) |

## NOTICE OF APPEARANCE

TO CLERK OF COURT, EASTERN DISTRICT OF NEW YORK:

Please enter my appearance for Plaintiff Jakub Madej.

Respectfully submitted,

DATED:  March 28, 2021.

By: /s/ Jakub Madej_____
    Jakub J. Madej
    415 Boston Post Rd, Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

Plain 29710 118-1

JAKUB MADEJ
415 BOSTON POST RD STE 3-1102
MILFORD CT  06460

UNITED STATES DISTRICT COURT
ATTN: CASE FILING CLERK
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLZ E
BROOKLYN NY  11201-1832

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 0 6 2021 ★

BROOKLYN OFFICE

