

April 12, 2021

Dear Clerk:

I attach a money order to cover the $402 filing fee. [Doc. 2]

I request that you issue summons to the defendant under Federal Rule of Civil Procedure 4(b). I attach a completed summons for you to sign and seal. Please disregard the proposed summons I sent to you earlier. [Doc. 1, at 27]

I consent to receive all notices from the Court electronically and thus waive any right to service by mail. Please do not send any hardcopies unless necessary. I attach a formal consent notice in a form apparently used in the Eastern District.

I request permission to file documents electronically. I am familiar with CM/ECF, and wish to ease the burden on the *pro se* office of processing extra papers. Please docket the attached motion.

Finally, I attach an amended complaint. Please docket it accordingly. Below is a suggestion how you might want to docket the papers I attach – I hope this makes your job easier.

|   | |
|---|---|
|   | Filing fee – find attached a money order for $402 |
| 4 | Amended Complaint |
| 5 | Pro Se Registration and Consent for Electronic Service |
| 6 | Application for Permission for Electronic Filing |
| 7 | Proposed Summons |

Don't hesitate to contact me if I can assist you. My phone number is (203) 928-8486.

**Respectfully,**

/s/ Jakub Madej

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Jakub Madej | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-01894-WFK-SJB |
| Synchrony Financial | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Synchrony Financial
c/o CT Corporation System Inc.
28 Liberty Street
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jakub Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/12/2021

*Signature of Clerk or Deputy Clerk*