```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653156485
Cashier ID: freddie
Transaction Date: 04/15/2021
Payer Name: Jakub Jonasz Madej
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Jakub Jonasz Madej
 Case/Party: D-NYE-1-21-CV-001894-001
 Amount:         $402.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $402.00
----------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00
```

(WFK)(SJB)



RECEIVED APR 15 2021 PRO SE OFFICE