**ORIGINAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 15 2021 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## Pro Se Registration and Consent for Electronic Service of Orders and Notices
## Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

  Initial here JM

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

  Initial here JM

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

  Initial here JM

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

  Initial here JM

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

  Initial here JM

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

  Initial here JM

Date: April 12, 2021

Signature: *[signature]*

Case No: 1:21-cv-01894-WFK-SJB

Print Full Name: Jakub Madej

Telephone No.: (203) 928-8486

Email Address: j.madej@lawsheet.com

Home Address: 415 Boston Post Rd Ste 3-1102, Milford, CT 06460

Return form to:   U.S.D.C., E.D.N.Y. - Pro Se Dept.
          225 Cadman Plaza East   or   100 Federal Plaza
          Brooklyn, NY 11201          Central Islip, NY 11722



RECEIVED
APR 15 2021
PRO SE OFFICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14W © U.S. Postal Service; Sept 2014; All rights reserved.

NEW YORK, NY
10007
APR 12, 21
AMOUNT

**$7.95**

R2305E123793-32

11201

UNITED STATES
POSTAL SERVICE®

1020

'TO SEA

9505 5148 8039 1102 2757 80

PRESS FIRMLY TO



UNITED STATES
POSTAL SERVICE®

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

EP14W Sept 2014
OD: 12.5 x 9.5

PS00001036014

♻ This envelope is made from post-consumer waste. Please recycle - again.