Name: Jakub Madej
Address: 415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
Phone Number: (203) 928-8486
Email Address: j.madej@lawsheet.com
Pro Se

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 15 2021 ★
BROOKLYN OFFICE

RECEIVED APR 15 2021 PRO SE OFFICE

ORIGINAL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAKUB MADEJ | CASE NUMBER |
| | 1:21-cv-01894-WFK-SJB |
| PLAINTIFF(S) | |
| v. | |
| SYNCHRONY FINANCIAL | APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed applicable rules about electronic filing.

2. I understand that once I register for e-filing, I will receive notices and documents in Eastern District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

    *Check all that apply.*

    [✓] A Computer with internet access.

    [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

    [✓] A scanner to convert documents that are only in paper format into electronic files.

    [✓] A printer or copier to create required paper copies such as chambers copies.

    [✓] A word-processing program to create documents; and

    [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 4/12/2021         Signature: /s/ Jakub Madej

APPLICATION FOR PERMISSION FOR ELECTRONIC FILING
Form originally used at the Central District of California

