| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>JAKUB MADEJ,<br><br>                    Plaintiff,<br><br>   v.<br><br>SYNCHRONY FINANCIAL,<br><br>                    Defendant.<br>-------------------------------------------------------------X | NOT FOR PUBLICATION<br><br><br><br><br>**ORDER**<br><br>21-CV-1894-WFK-SJB |

The Honorable William F. Kuntz, II has assigned this case to me for all pretrial purposes. Judge Kuntz and I have separate Individual Practice Rules, which are available on the Court's website at https://www.nyed.uscourts.gov/judges-info.[1] All Parties are required to follow these Individual Rules.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The Court's records reflect that the Complaint in this action was filed on April 6, 2021. Accordingly, if proper service of the Complaint and Summons is not made upon the Defendant by **July 5, 2021**, or if Plaintiff fails to show good cause as to why such service has not been made, I will recommend that the District Judge dismiss this action without prejudice. After Defendant has been served, Plaintiff must

---

[1] If a *pro se* Party is unable to access these Individual Rules online, that Party must so notify the Court by letter, and a copy of these Individual Rules will then be sent to the Party by mail.

file with the Court proof of service of the Complaint and Summons.  Fed. R. Civ. P. 4(l)(1).

The service and filing of papers other than the Summons and the original Complaint is governed by Federal Rule of Civil Procedure 5, as well as by the applicable Individual Rules.  In this case, Plaintiff has consented to receive electronic notification.  (Pro Se Consent to Electronic Notification dated Apr. 12, 2021, Dkt. No. 6).  By consenting to electronic service, the Plaintiff waives his right to receive service of court-issued documents by mail.  Plaintiff has also requested permission to file electronically.  (Mot. for Permission for Electronic Filing dated Apr. 12, 2021, Dkt. No. 7).  That application is denied.

For information regarding court procedures, plaintiffs may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665 or visit the Court's website at https://www.nyed.uscourts.gov/self-representation.

SO ORDERED.

/s/ *Sanket J. Bulsara* April 19, 2021
SANKET J. BULSARA
United States Magistrate Judge

Brooklyn, New York