UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| JAKUB MADEJ, | : | 1:21-cv-01894 (WFK) (SJB) |
| Plaintiff, | : | |
| v. | : | **REQUEST FOR CLERK'S** |
| SYNCHRONY FINANCIAL, | : | **CERTIFICATE OF DEFAULT** |
| Defendant. | : | Fed. R. Civ. P. 55(a) |

-------------------------------------------------------------X

TO: Douglas C. Palmer, Clerk of Court, Eastern District of New York

Please certify a default of defendant Synchrony Financial under Federal Rule of Civil Procedure 55(a).

Synchrony was summoned to appear and defend within 21 days of service. Service was accomplished on April 27, 2021, and Synchrony had until May 19 to appear. No counsel appeared for Synchrony. The defendant is now in default. The time allowed for Synchrony to plead or defend has expired. Plaintiff is now entitled to both a notice of default and default judgment against Synchrony under Federal Rules of Civil Procedure 55(a) and 55(b)(1). This request is only for a notice of Synchrony's default under Rule 55(a). Default judgment will be sought via a separate document.

Synchrony's failure to appear is shown by affidavit. A proposed certificate of default is enclosed.

Dated: May 24, 2021
New York, NY

Respectfully submitted,

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2021 ★

BROOKLYN OFFICE

BROOKLYN OFFICE

RECEIVED
MAY 24 2021
PRO SE OFFICE

PLEASE DOCKET
IN 21-cr-1894