UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAKUB MADEJ,                                        :          1:21-cv-01894 (WFK) (SJB)

                Plaintiff,             :

           v.                                            :          **CLERK'S CERTIFICATE**

SYNCHRONY FINANCIAL,                     :          **OF DEFAULT**

                Defendants.          :
------------------------------------------------------------X

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Synchrony Financial has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Synchrony Financial is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: May ____, 2021.                          DOUGLAS C. PALMER
           New York, NY                              Clerk of Court

                                                   By:   _____
                                                        Deputy Clerk