UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAKUB MADEJ,                                :        1:21-cv-01894 (WFK) (SJB)

                Plaintiff,        :

          v.                          :        **DEFAULT JUDGMENT**

SYNCHRONY FINANCIAL,              :

                Defendants.       :
----------------------------------------------------------------X

On May 24, 2021, plaintiff applied for a default judgment against the defendant Synchrony Financial. Based on the application and the accompanying affidavit, it appears that Synchrony Financial was properly served but did not appear within the time allotted for answer. Synchrony Financial is thus in default for not appearing. It further appears that Synchrony Financial is not an infant or an incompetent person or in military service. It further appears that the plaintiff's claim is for a sum certain, and all costs sought to be taxed have been actually incurred in this action. Having considered the Motion and the declarations filed in support thereof, it is hereby **ORDERED** as follows:

1. Judgment is entered under Federal Rule of Civil Procedure 55(b)(1) against Synchrony Financial in the principal amount of $1,144,000, together with costs in the amount of $417, for a total judgment of $1,144,417.

2. This judgment will bear interest at the judgment rate from the date of this judgment until paid.

Dated: May ___, 2021.                          DOUGLAS C. PALMER
       New York, NY                                  Clerk of Court

                                    By: _____
                                          Deputy Clerk