ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 24 2021 ★
BROOKLYN OFFICE

RECEIVED
MAY 24 2021
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAKUB MADEJ,                                :    1:21-cv-01894 (WFK) (SJB)

              Plaintiff,    :

     v.                                   :    AFFIDAVIT OF SERVICE

SYNCHRONY FINANCIAL,              :

              Defendants.   :
-----------------------------------------------------------X

I, Jakub J. Madej, declare as follows:

1. I am plaintiff in this action. I am over 18 years of age.

2. I submit this affidavit to establish facts sufficient to show that defendant Synchrony Financial was properly served under Federal Rule of Civil Procedure 4.

3. Defendant Synchrony Financial is a Delaware corporation. The Corporation Trust Company is Synchrony's registered agent, with a primary business address at 1209 Orange St, Wilmington, Delaware 19801. A true copy of Synchrony's record filed with the Delaware Division of Corporations is attached hereto as Exhibit A.

4. On April 27, 2021, I caused a true copy of the complaint filed in this case at [1] and the summons issued in this case at [8] to be served – by certified mail, return receipt requested – on the Corporation Trust Company at the address set forth above.

5. On April 27, 2021, at approximately 6:51 am, Corporation Trust Company accepted service and confirmed receipt with their signature. A true copy of the proof of delivery showing the signature is attached hereto as Exhibit B.

6. Service was thus accomplished on April 27, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2021                                       Respectfully submitted,

- 1 -

- 2 -

| | |
|---|---|
| New York, NY | By: /s/ Jakub Madej |
| | Jakub J. Madej |
| | 415 Boston Post Rd Ste 3-1102 |
| | Milford, CT 06460 |
| | T: (203) 928-8486 |
| | F: (203) 902-0070 |
| | E: j.madej@lawsheet.com |