# EXHIBIT A

Case No. 1:21-cv-01894 (E.D.N.Y.)

5/12/2021            Division of Corporations - Filing

Delaware.gov        Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3703204 | Incorporation Date / Formation Date: | 9/12/2003 (mm/dd/yyyy) |
| Entity Name: | SYNCHRONY FINANCIAL | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status, Tax & History Information

[ Submit ]

[ View Search Results ]  [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT B

Case No. 1:21-cv-01894 (E.D.N.Y.)



April 27, 2021

Dear Jakub Madej:

The following is in response to your request for proof of delivery on your item with the tracking number: 9314 8699 6673 0189 0002 58.

## Item Details

| | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | April 27, 2021, 6:51 am |
| Location: | WILMINGTON, DE 19801 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Synchrony Financial |

## Shipment Details

| | |
|---|---|
| Weight: | 6lb, 2.2oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | AN A Nyanh |
| Address of Recipient: | Corporation Trust |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004