UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAKUB MADEJ,

              Plaintiff,

  v.

SYNCHRONY FINANCIAL,

              Defendant.
------------------------------------------------------------------X

ORDER
21-CV-01894 (WFK) (SJB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

      The Court hereby GRANTS Defendant's request for an extension of time to respond to Plaintiff's Motion for Default Judgment or file a Motion to Set Aside the Default. ECF No. 14. Defendant will answer or otherwise respond to Plaintiff's motion no later than July 11, 2021 at 5:00 P.M.

                                                    **SO ORDERED.**

                                                    s/ WFK
                                                  HON. WILLIAM F. KUNTZ, II
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 11, 2021
       Brooklyn, New York