

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAKUB MADEJ,                                    :    1:21-cv-01894 (WFK) (SJB)
                        Plaintiff,              :
            v.                                  :    **RENEWED MOTION FOR**
SYNCHRONY FINANCIAL,                            :    **LEAVE TO FILE**
                        Defendant.              :    **ELECTRONICALLY**
------------------------------------------------------------X

Plaintiff Jakub Madej, proceeding *pro se*, respectfully requests the Court's permission to file documents in this case electronically. Granting e-filing privileges would eliminate the unnecessary time lag between the time a paper is filed with the Court and the time that paper is actually docketed.

This individual Telephonic Communications Protection Act (TCPA) case against Synchrony Financial commenced on April 6, 2021. Service was accomplished on April 27, 2021. The defendant had not appeared and is now in default. On May 24, 2021, Plaintiff petitioned the clerk to note Synchrony's default and enter default judgment in his favor, pursuant to Federal Rules of Civil Procedure 55(a) and 55(b)(1). These applications are currently pending.

By default, *pro se* filing in the Eastern District works as follows: all documents must be sent in hard copy to the Pro Se Clerk's Office, whose staff scans them by hand and docket on CM/ECF. This process takes about a week from start to finish and imposes a burden on the Court's staff: they must receive all mail, open it, scan it, docket it, add appropriate designations, etc. Much time and effort would be saved if Plaintiff could upload documents directly into ECF. Plaintiff is familiar with the Court's procedures that govern electronic filing. He has used the ECF system for e-filing before. And, as the Court requested, he familiarized himself with Judge Kuntz's and Judge Bulsara's individual practices.

He cannot, however, register to become ECF users and file documents electronically without this Court's leave. This motion requests such leave.



Dated:  May 28, 2021.
        New York, NY

Respectfully submitted,

By: /s/ Jakub Madej
    Jakub J. Madej
    415 Boston Post Rd Ste 3-1102
    Milford, CT 06460
    T: (203) 928-8486
    F: (203) 902-0070
    E: j.madej@lawsheet.com

PRSRT FIRST-CLASS
US POSTAGE PAID
PERMIT 431
WICHITA, KS

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTN: PRO SE CLERK'S OFFICE
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

JAKUB MADEJ
415 BOSTON POST RD STE 3-1102
MILFORD CT 06460

31128    751