# Exhibit A



April 29, 2021

Jakub J. Madej
415 Boston Post Rd, Ste 3-1102,
Milford, CT  06460

Re:  Jakub Madej, Pltf. vs. Synchrony Financial, Dft.

Case No.  121CV01894WFKSJB

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Synchrony Financial.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 539459862

Sent By Regular Mail

cc:  Eastern District of New York - U.S. District Court
     225 Camden Plaza East,
     Brooklyn, NY  11201




**(Returned To)**

Jakub J. Madej
415 Boston Post Rd, Ste 3-1102,
Milford, CT  06460