# Exhibit B



May 06, 2021

Jakub J. Madej
415 Boston Post Rd, Ste 3-1102,
Milford, CT  06460

Re:  Jakub Madej vs. Synchrony Financial

Case No.  121CV01894WFKSJB

Dear Sir/Madam:

Synchrony Financial is not listed on our records or on the records of the State of NY.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 539509650

Sent By Regular Mail

cc:  --





**(Returned To)**

Jakub J. Madej
415 Boston Post Rd, Ste 3-1102,
Milford, CT  06460