**REED SMITH LLP**
Amy Secter, Esq.
Riverfront Plaza-West Tower
901 East Byrd Street, Suite 1900
Richmond, VA 23219-4068
Phone: +1 804 344 3400
Fax: +1 804 344 3410

*Attorneys for Defendant Synchrony Bank*
*(Improperly named as Synchrony Financial)*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jakub Madej,<br><br>   Plaintiff,<br><br>v.<br><br>Synchrony Financial.<br><br>   Defendant. | Civil Action No. 1:21-cv-01894 (WFK) (SJB)<br><br>**Return Date:** |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Synchrony Bank, improperly named as Synchrony Financial, states as follows:

Synchrony Bank is a wholly owned subsidiary of Synchrony Financial. Synchrony Financial is a publicly traded company of which no publically traded entity or shareholder owns ten (10) percent or more of its publicly traded shares.

DATED:  July 9, 2021      REED SMITH LLP


              By:___*/s/ Amy Secter*_____
              Amy Secter, Esq.

              *Attorneys for Defendant Synchrony Bank*
              *(Improperly named as Synchrony Financial)*

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of July, 2021, I caused the foregoing Corporate Disclosure Statement to be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of this document.

By: */s/ Amy Secter*
Amy Secter, Esq.
*Attorneys for Defendant Synchrony Bank*
*(Improperly named as Synchrony Financial)*