UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN COURTHOUSE

| | |
|---|---|
| JAKUB MADEJ,<br><br>          Plaintiff,<br><br>    v.<br><br>SYNCHRONY FINANCIAL,<br><br>          Defendant. | Case No. 1:21-cv-01894-WFK-SJB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER |

    It appears that defendant Synchrony Financial was served with summons and the complaint on April 27, 2021. Docket entry ("DE") [12]. A party must appear and serve an answer within 21 days after service. Fed. R. Civ. P. 12(a)(1)(A)(i). Here, the defendant had until May 18, 2021 to appear. As evidenced by the docket, no answer has been filed. On May 24, plaintiff requested a certificate of default and default judgment under Fed. R. Civ. P. 55(b)(1). DE [10, 11]. On June 3, 2021, the defendant Synchrony Financial filed an answer. Docket entry ("DE") [13]. On July 12, plaintiff moved to strike that answer from the docket.

    Having carefully considered the papers submitted on this motion, all pleadings in this action, as well as the docket sheet, the Court hereby **GRANTS** plaintiff's motion. Defendant's answer is hereby **STRUCK** from the docket.

This Order terminates Docket Number ____.

    **IT IS SO ORDERED.**

Dated: _____, 2021

                                                  _____
                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE