```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAKUB MADEJ,                                                :
                                                            :
                Plaintiff,                                  :
                                                            :               **ORDER**
        v.                                                  :               21-CV-1894 (WFK) (SJB)
                                                            :
SYNCHRONY FINANCIAL,                                        :
                                                            :
                Defendant.                                  :
------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 20, 2021, Plaintiff filed a motion to Strike Defendant's Answer to the Complaint. ECF No. 27. Plaintiff's motion is hereby respectfully REFERRED to the Honorable Magistrate Judge Sanket J. Bulsara for a Report & Recommendation.

**SO ORDERED.**

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 24, 2021
       Brooklyn, New York